**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-1843**

---

KEIRIA MOHAMED ABDULKADIR,

Petitioner,

versus

JOHN ASHCROFT, Attorney General,

Respondent.

---

On Petition for Review of an Order of the Board of Immigration Appeals. (A75-350-004)

---

Submitted:  January 21, 2004          Decided:  February 19, 2004

---

Before MICHAEL, MOTZ, and DUNCAN, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

David Laundon Cleveland, Washington, D.C., for Petitioner. Peter D. Keisler, Assistant Attorney General, Emily Anne Radford, Assistant Director, Blair T. O'Connor, OFFICE OF IMMIGRATION LITIGATION, Washington, D.C., for Respondent.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Keiria Mohamed Abdulkadir, a native and citizen of Eritrea, petitions for review of an order of the Board of Immigration Appeals ("Board"). The order denied her motion to reconsider the Board's previous order affirming the immigration judge's denial of her applications for asylum and withholding of removal.

We note that Abdulkadir dedicated her entire brief to rearguing the merits of her asylum and withholding of removal claims and failed to raise any arguments regarding the validity of the Board's denial of her motion to reconsider. Thus, we find that none of her claims are properly before this court because she failed to file a timely petition for review from the Board's initial order of February 21, 2003.

Accordingly, we are constrained to deny the petition for review on the reasoning of the Board. See In re: Abdulkadir, No. A75-350-004 (B.I.A. June 18, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED